UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD LESTER HATCHER, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>LOUIS BOYD, Warden, and )<br>THE ATTORNEY GENERAL OF )<br>THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 2:13-cv-01871-VEH-HGD |

## **MEMORANDUM OPINION**

On November 15, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  After obtaining an extension of time in which to do so, petitioner filed objections to the magistrate judge's report and recommendation on December 16, 2013.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 14th day of January, 2014.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge